AO 10*
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Drain, Gershwin A. | 2. Court or Organization<br><br>U.S. Distsrict Court, Eastern District of Michigan | 3. Date of Report<br><br>04/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge; active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Room 123
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Wayne County, Michigan Pension Payments | $14,919.12 |
| 2. | 10/16/2015 | Wayne County, Michigan Opt Out Insurance Reimbursement | $1,879.13 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University School of Law | 05/31/2015 to 06/02/2015 | George Mason University School of Law Arlington, Virginia | Education | Flight, Hotel, Meals and Shuttle |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 (H) | | | | | | | | | |
| 2.  - Franklin Templeton Mutual Global Discovery Fund | A | Dividend | K | T | | | | | |
| 3.  - American Funds Global Growth | A | Dividend | J | T | | | | | |
| 4.  - American Funds New World | A | Dividend | J | T | | | | | |
| 5.  - American Funds Growth Income | A | Dividend | K | T | | | | | |
| 6.  - American Funds Growth | A | Dividend | K | T | | | | | |
| 7.  - American Funds Asset Allocation | A | Dividend | K | T | | | | | |
| 8.  - Franklin Income Securities NKA Franklin Income VIP Fund | A | Dividend | K | T | | | | | |
| 9.  - AMCAP Fund Class C Am. Funds | A | Dividend | L | T | | | | | |
| 10.  - Cap. Income Builder Fd./ Class C - Am. Funds | B | Dividend | L | T | | | | | |
| 11.  - Cap. World Growth & Inc. Fd./ Am. Funds | A | Dividend | L | T | | | | | |
| 12.  - Income Fund of Amer. Class C - Am. Funds | C | Dividend | M | T | | | | | |
| 13.  - New Perspective Fund Class C - Am. Funds | A | Dividend | L | T | | | | | |
| 14.  - First Trust Target Global DVD | A | Dividend | | | Sold | 07/14/15 | J | | |
| 15.  - First Trust Capital Strength | A | Dividend | K | T | | | | | |
| 16.  - First Trust SMID High Dividend | A | Dividend | | | Sold | 02/12/15 | J | | |
| 17.  - First Trust Sabrient Dividend Portfolio Series | A | Dividend | J | T | Buy | 02/12/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - First Trust Int'l. Capital Strength Portfolio | A | Dividend | K | T | Buy | 07/23/15 | K | | |
| 19. - American Balanced Fund/Am. Funds | A | Dividend | K | T | | | | | |
| 20. - New Economy Fund/Am. Funds | A | Dividend | K | T | | | | | |
| 21. - Growth Fund of America/Am. Funds | A | Dividend | K | T | | | | | |
| 22. - Hartford Floating Rate Fund | A | Dividend | K | T | | | | | |
| 23. - Europacific Growth Fund/Am Funds | A | Dividend | K | T | | | | | |
| 24. - First Trust Sabrient Baker's Dozen Port | A | Dividend | K | T | | | | | |
| 25. IRA #2 (H) | | | | | | | | | |
| 26. - Am. Funds Amcap Fund Class C | A | Dividend | J | T | | | | | |
| 27. - American Funds Capital Income Builder | A | Dividend | J | T | | | | | |
| 28. - American Funds New World Fund | A | Dividend | J | T | | | | | |
| 29. - Am. Funds - Growth Fund of America | A | Dividend | J | T | | | | | |
| 30. - Am. Funds - American Balance Fund | A | Dividend | J | T | | | | | |
| 31. IRA #3 (H) | | | | | | | | | |
| 32. - Am. Funds - Capital Income Builder | A | Dividend | J | T | | | | | |
| 33. - Am. Funds Capital World Growth Fund | A | Dividend | J | T | | | | | |
| 34. - Am. Funds New World Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Am Funds The Growth Fund of America | A | Dividend | J | T | | | | | |
| 36. - Am Funds Capital World Growth & Inc. | A | Dividend | J | T | | | | | |
| 37. IRA #4 | | | | | | | | | |
| 38. - Franklin Income Fund Class C | A | Dividend | | | Sold | 10/14/15 | J | | |
| 39. - Franklin Mutual Global Discovery Fund | A | Dividend | J | T | Buy | 10/14/15 | J | | |
| 40. - Franklin Rising Dividends Fund Class C | A | Dividend | J | T | | | | | |
| 41. - Amer. Funds AMCAP Fund Class C | A | Dividend | J | T | | | | | |
| 42. - Amer. Funds American Balanced Fund Class C (Y) | | | | | | | | | |
| 43. IRA #5 (H) | | | | | | | | | |
| 44. - ADT Corporation | A | Dividend | J | T | | | | | |
| 45. - AT&T Incorporated | A | Dividend | J | T | | | | | |
| 46. - Abbvie Incorporated (Y) | | | | | | | | | |
| 47. - Allianz SE SP ADR | A | Dividend | J | T | Buy | 03/03/15 | J | | |
| 48. - Altria Group Incorporated | A | Dividend | J | T | | | | | |
| 49. - Ameren Corporation | A | Dividend | J | T | | | | | |
| 50. - American Elec. Pwr. Incorporated | A | Dividend | J | T | | | | | |
| 51. - Amerigas Partners LP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Apple Incorporated | A | Dividend | | | Sold | 06/30/15 | J | | |
| 53. - Astrazeneca PLC | A | Dividend | J | T | | | | | |
| 54. - BAE Systems PLC Sponsored ADR | A | Dividend | J | T | | | | | |
| 55. - BASF SE Sponsored ADR | A | Dividend | J | T | | | | | |
| 56. - BCE Incorporated Com New | A | Dividend | J | T | | | | | |
| 57. - BP PLC Sponsored ADR | A | Dividend | J | T | | | | | |
| 58. - Becton Dickinson & Company | A | Dividend | | | Sold | 03/20/15 | J | | |
| 59. - Bemis Incorporated | A | Dividend | J | T | | | | | |
| 60. - Bob Evans Farms Incorporated | A | Dividend | | | Sold | 06/16/15 | J | | |
| 61. - British Amern Tob Plc | A | Dividend | J | T | | | | | |
| 62. - CME Group Incorporated | A | Dividend | J | T | | | | | |
| 63. - Centrica PLC Spon Adr New | A | Dividend | | | Sold | 02/27/15 | J | | |
| 64. - Centurylink Incorporated | A | Dividend | J | T | | | | | |
| 65. - Chevron Corporation New | A | Dividend | J | T | | | | | |
| 66. - Cinemark Holdings Inc. | A | Dividend | J | T | | | | | |
| 67. - Coca Cola Company | A | Dividend | J | T | | | | | |
| 68. - Compass Group PLC | A | Dividend | | | Sold | 01/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Compass Minerals Intl. | A | Dividend | J | T | | | | | |
| 70. - Conocophillips | A | Dividend | J | T | | | | | |
| 71. - Corning Incorporated | A | Dividend | J | T | Buy | 10/20/15 | J | | |
| 72. - Deutsche Telekom AG | A | Dividend | J | T | | | | | |
| 73. - Dominion Res Incorporated | A | Dividend | J | T | | | | | |
| 74. - Donnelley R R & Sons Company (X) | A | Dividend | J | T | | | | | |
| 75. - Dow Chemical Company | A | Dividend | J | T | | | | | |
| 76. - Duke Energy Corporation NE | A | Dividend | J | T | | | | | |
| 77. - Electricite De France Adr (France) | A | Dividend | | | Sold | 11/25/15 | J | | |
| 78. - Emerson Elec. Company | A | Dividend | J | T | | | | | |
| 79. - Energizer Holdings Inc. | A | Dividend | | | Sold | 03/19/15 | J | | |
| 80. - Entergy Corporation | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 81. - Enterprise Products Partners L P | A | Dividend | | | Sold | 12/10/15 | J | | |
| 82. - Exxon Mobil Corporation | A | Dividend | J | T | Buy | 06/30/15 | J | | |
| 83. - Fastenal Company | A | Dividend | J | T | Buy | 03/18/15 | J | | |
| 84. - Ford Mtr Company | A | Dividend | J | T | Buy | 02/09/15 | J | | |
| 85. - GEO Group Incorporated | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - General Mls Incorporated | A | Dividend | J | T | | | | | |
| 87. - Glaxosmithkline PLC | A | Dividend | J | T | | | | | |
| 88. - HCP Incorporated REIT | A | Dividend | J | T | | | | | |
| 89. - Hasbro Incorporated | A | Dividend | | | Sold | 07/20/15 | J | | |
| 90. - Welltower Incorporated f/k/a Health Care Reit Incorporated | A | Dividend | J | T | | | | | |
| 91. - Imperial Tobacco Group PLC | A | Dividend | J | T | | | | | |
| 92. - Intel Corporation | A | Dividend | J | T | | | | | |
| 93. - Iron Mtn Incorporated | A | Dividend | J | T | | | | | |
| 94. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 95. - J2 Global Incorporated | A | Dividend | J | T | | | | | |
| 96. - Kimberly Clark Corporation | A | Dividend | J | T | | | | | |
| 97. - Kinder Morgan Incorp. | A | Dividend | | | Sold | 12/09/15 | J | | |
| 98. - Kohls Corporation | A | Dividend | J | T | | | | | |
| 99. - Kraft Heinz Company f/k/a Kraft Foods Group Incorporated | A | Dividend | J | T | | | | | |
| 100. - Lockheed Martin Corporation (Y) | | | | | | | | | |
| 101. - Lorillard Incorporated | A | Dividend | | | Sold | 03/19/15 | J | | |
| 102. - Misc Indl Direct Incorporated | A | Dividend | J | T | Buy | 06/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - McDonalds Corporation | A | Dividend | J | T | | | | | |
| 104. - Merck & Company Incorporated | A | Dividend | J | T | | | | | |
| 105. - Microsoft Corporation | A | Dividend | J | T | | | | | |
| 106. - Molson Coors Brewing Company | A | Dividend | J | T | | | | | |
| 107. - Motorola Solutions Inc. Com New | A | Dividend | J | T | | | | | |
| 108. - Munich Re Group | A | Dividend | J | T | | | | | |
| 109. - National Fuel Gas Company | A | Dividend | J | T | | | | | |
| 110. - National Grid PLC | A | Dividend | J | T | | | | | |
| 111. - National Oilwell Varco Inc. | A | Dividend | | | Sold | 02/11/15 | J | | |
| 112. - Novartis A G Sponsored ADR | A | Dividend | | | Sold | 06/30/15 | J | | |
| 113. - Nucor Corporation | A | Dividend | J | T | | | | | |
| 114. - Occidental Pete Corporation | A | Dividend | J | T | | | | | |
| 115. - Omega Healthcare Invs Inc. | A | Dividend | J | T | Buy | 06/10/15 | J | | |
| 116. - Omnicom Group Inc. | A | Dividend | J | T | | | | | |
| 117. - Orkla A S Spon ADR A (X) | A | Dividend | J | T | | | | | |
| 118. - Owens & Minor Incorporated | A | Dividend | J | T | | | | | |
| 119. - PNC Finl SVCS Group | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - PPL Corporation | A | Dividend | J | T | | | | | |
| 121. - Parker Hannifin Corporation | A | Dividend | J | T | Buy | 02/11/15 | J | | |
| 122. - Pearson PLC Sponsored ADR | A | Dividend | | | Sold | 12/23/15 | J | | |
| 123. - Pepsico Incorporated | A | Dividend | J | T | | | | | |
| 124. - Philip Morris International | A | Dividend | J | T | | | | | |
| 125. - Potash Corporation Sask Inc. (Canada) | A | Dividend | J | T | | | | | |
| 126. - Praxair Incorporated | A | Dividend | J | T | Buy | 10/01/15 | J | | |
| 127. - Procter & Gamble Company | A | Dividend | J | T | | | | | |
| 128. - Qualcomm Incorporated | A | Dividend | J | T | | | | | |
| 129. - Quest Diagnostics Inc. | A | Dividend | J | T | | | | | |
| 130. - Regal Entertainment Group (Y) | | | | | | | | | |
| 131. - Republic SVCS Incorporated | A | Dividend | J | T | | | | | |
| 132. - Reynolds American Incorporated | A | Dividend | J | T | | | | | |
| 133. - Rogers Communications | A | Dividend | J | T | | | | | |
| 134. - Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 135. - SSE PLC Sponsored ADR | A | Dividend | J | T | | | | | |
| 136. - Sanofi Sponsored ADR (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Scor Sponsored Adr (France) | A | Dividend | J | T | Buy | 04/21/15 | J | | |
| 138. - Seagate Technology PLC (Ireland) | A | Dividend | J | T | | | | | |
| 139. - Shaw Communications (Y) | | | | | | | | | |
| 140. - Siemens A G Sponsored Adr | A | Dividend | J | T | Buy | 12/23/15 | J | | |
| 141. - Southern Company | A | Dividend | J | T | | | | | |
| 142. - Spectra Energy Partners | A | Dividend | J | T | Buy | 12/21/15 | J | | |
| 143. - Statoil Asa Sponsored Adr (Norway) | A | Dividend | J | T | Buy | 08/12/15 | J | | |
| 144. - Svenska Handel Sbanken Ab Adr (Sweden) | A | Dividend | J | T | Buy | 02/17/15 | J | | |
| 145. - Swisscom AG Sponsored ADR | A | Dividend | J | T | | | | | |
| 146. - Sysco Corporation | A | Dividend | J | T | | | | | |
| 147. - Taiwan Semiconductor Mfg Limited Spons. Adr | A | Dividend | J | T | Buy | 07/30/15 | J | | |
| 148. - Teco Energy Incorporated | A | Dividend | J | T | | | | | |
| 149. - Target Corporation | A | Dividend | J | T | | | | | |
| 150. - Telstra Corporation Limited | A | Dividend | J | T | | | | | |
| 151. - Terna Rete Elettrica Nazionale ADR | A | Dividend | J | T | | | | | |
| 152. - Texas Instrs Incorporated | A | Dividend | J | T | Buy | 09/18/15 | J | | |
| 153. - Thomson Reuters Corporation | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - Total S A Sponsored ADR | A | Dividend | J | T | | | | | |
| 155.  - US Bancorp Del Com New | A | Dividend | J | T | | | | | |
| 156.  - Unibail - Rodamco SE Adr Rep Jce 08 (France) | A | Dividend | J | T | | | | | |
| 157.  - Unilever PLC Spon ADR New | A | Dividend | J | T | | | | | |
| 158.  - United Parcel Service | A | Dividend | J | T | | | | | |
| 159.  - United Utilities Group PLC | A | Dividend | | | Sold | 07/01/15 | J | | |
| 160.  - Vectren Corporation | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 161.  - Verizon Communications | A | Dividend | J | T | | | | | |
| 162.  - Vinci S A | A | Dividend | J | T | | | | | |
| 163.  - Vivendi SA (Y) | | | | | | | | | |
| 164.  - Vodafone Group PLC New | A | Dividend | J | T | | | | | |
| 165.  - WEC Energy Group Inc. | A | Dividend | J | T | Buy | 09/10/15 | J | | |
| 166.  - Wal-Mart Stores Incorporated | A | Dividend | J | T | | | | | |
| 167.  - Wells Fargo & Company New | A | Dividend | J | T | | | | | |
| 168.  - Western Un Company | A | Dividend | J | T | | | | | |
| 169.  - Westpac Bkg Corporation | A | Dividend | J | T | Buy | 08/13/15 | J | | |
| 170.  - Weyerhaeuser Company | A | Dividend | J | T | Buy | 05/14/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Williams Companies Incorporated Del | A | Dividend | | | Sold | 06/25/15 | J | | |
| 172. - Yara International ASA Sponsored ADR (Y) | | | | | | | | | |
| 173. - Daimler AG | A | Dividend | J | T | | | | | |
| 174. - Aircastle Limited (Y) | | | | | | | | | |
| 175. - Seagate Technology PLC | A | Dividend | J | T | | | | | |
| 176. - Partnerre Limited (Bermuda) | A | Dividend | | | Sold | 05/13/15 | J | | |
| 177. - Corrections Corporation Amer New Com New Reit | A | Dividend | J | T | | | | | |
| 178. - Realty Income Corporation REIT | A | Dividend | J | T | | | | | |
| 179. - Senior Hsg Pptys Tr Sh Ben Int REIT | A | Dividend | | | Sold | 06/10/15 | J | | |
| 180. - Ventas Incorporated REIT | A | Dividend | J | T | | | | | |
| 181. - Williams Partners L P Com Unit L P | A | Dividend | | | Sold | 05/13/15 | J | | |
| 182. Brokerage Account #1 (H) | | | | | | | | | |
| 183. - Am Funds Cap World Growth & Inc Class C | A | Dividend | K | T | | | | | |
| 184. - First Eagle Global Fund Class C | A | Dividend | K | T | | | | | |
| 185. - Franklin Income Fund Class C | B | Dividend | | | Sold | 10/27/15 | K | | |
| 186. - Henderson European Focus Fund | A | Dividend | K | T | Buy | 10/27/15 | K | | |
| 187. - American High Income Municipal Bond | A | Dividend | J | T | Buy | 10/22/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Tax Exempt Bond Fund of America | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 189. - Franklin Rising Dividends Fund | A | Dividend | J | T | | | | | |
| 190. - Am Funds Growth Fund of Amer Class C | A | Dividend | J | T | | | | | |
| 191. - Am Funds Investment Co of America Class A | A | Dividend | K | T | | | | | |
| 192. - Franklin Templeton Mutual Global Discovery | A | Dividend | K | T | | | | | |
| 193. - Am Funds New World Class C | A | Dividend | J | T | | | | | |
| 194. - Realty Income Corporation Reit | B | Dividend | K | T | | | | | |
| 195. - Targa Resources Partners LP Com Unit (Y) | | | | | | | | | |
| 196. - Blackrock Equity Div. Fund Class C | A | Dividend | J | T | | | | | |
| 197. - Calamos Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 198. - Nuveen High Yield Mun. Bond Fund Class C | A | Dividend | K | T | | | | | |
| 199. - Western Asset Int. Term Municipals Class C | A | Dividend | K | T | | | | | |
| 200. - Raymond James Cash Account | | None | J | T | | | | | |
| 201. Brokerage Account #2 (H) | | | | | | | | | |
| 202. - Adobe Systems Inc. | A | Dividend | J | T | Buy | 03/06/15 | J | | |
| 203. - Alibaba Group Hldg | A | Dividend | J | T | | | | | |
| 204. - Allergan Incorporated f/k/a Actavis PLC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  - Allstate Corporation | A | Dividend | | | Sold | 09/18/15 | J | | |
| 206.  - Alphabet Incorporated f/k/a Google Incorporated | A | Dividend | J | T | | | | | |
| 207.  - Amazon Com Incorporated | A | Dividend | J | T | Buy | 05/11/15 | J | | |
| 208.  - American Express Group Inc. Com | A | Dividend | J | T | | | | | |
| 209.  - Amgen Incorporated | A | Dividend | | | Sold | 04/28/15 | J | | |
| 210.  - American International Group Inc. Com | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 211.  - Apple Incorporated | A | Dividend | J | T | | | | | |
| 212.  - Bank of America Corporation | A | Dividend | J | T | | | | | |
| 213.  - Biogen Idec Incorporated | A | Dividend | | | Sold | 10/06/15 | J | | |
| 214.  - Boeing Company | A | Dividend | J | T | | | | | |
| 215.  - Boston Scientific Corp. | A | Dividend | J | T | Buy | 01/06/15 | J | | |
| 216.  - Bristol Myers Squibb Company | A | Dividend | J | T | Buy | 04/01/15 | J | | |
| 217.  - Cigna Corporation | A | Dividend | J | T | Buy | 06/16/15 | J | | |
| 218.  - CVS Caremark Corporation | A | Dividend | J | T | | | | | |
| 219.  - Canadian Pac Ry Limited | A | Dividend | | | Sold | 07/21/15 | J | | |
| 220.  - Capital One Finl. Corp. | A | Dividend | | | Sold | 01/30/15 | J | | |
| 221.  - Celgene Corporation | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Cisco Systems Incorporated | A | Dividend | J | T | | | | | |
| 223.  - Citigroup Incorporated Com New | A | Dividend | J | T | | | | | |
| 224.  - Comcast Corporation New | A | Dividend | J | T | | | | | |
| 225.  - Conocophillips | A | Dividend | | | Sold | 08/24/15 | J | | |
| 226.  - Delta Air Lines Inc. | A | Dividend | J | T | Buy | 06/05/15 | J | | |
| 227.  - Disney Walt Company | A | Dividend | J | T | Sold (part) | 11/05/15 | J | | |
| 228.  - Dollar General Corp. | A | Dividend | J | T | Buy | 10/15/15 | J | | |
| 229.  - Dow Chemical Company | A | Dividend | J | T | | | | | |
| 230.  - Exxon Mobil Corp. | A | Dividend | J | T | Buy | 11/03/15 | J | | |
| 231.  - Facebook Incorporated | A | Dividend | J | T | | | | | |
| 232.  - General Electric Company | A | Dividend | J | T | Buy | 10/08/15 | J | | |
| 233.  - Gilead Sciences Incorporated | A | Dividend | J | T | | | | | |
| 234.  - Hewlett Packard Company | A | Dividend | | | Sold | 05/27/15 | J | | |
| 235.  - Home Depot Incorporated | A | Dividend | J | T | | | | | |
| 236.  - Honeywell International Incorporated | A | Dividend | J | T | | | | | |
| 237.  - JPMorgan Chase & Company | A | Dividend | J | T | | | | | |
| 238.  - Johnson & Johnson | A | Dividend | | | Sold | 01/26/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. - Kinder Morgan Incorporated | A | Dividend | | | Sold | 12/07/15 | J | | |
| 240. - Macy's Incorporated | A | Dividend | | | Sold | 02/25/15 | J | | |
| 241. - Marsh & Mclennan Companies Incorporated | A | Dividend | J | T | | | | | |
| 242. - Mastercard Incorporated | A | Dividend | J | T | | | | | |
| 243. - McKesson Corporation | A | Dividend | | | Sold | 10/06/15 | J | | |
| 244. - Medtronic Incorporated | A | Dividend | J | T | | | | | |
| 245. - Merck & Company | A | Dividend | J | T | | | | | |
| 246. - Metlife Incorporated | A | Dividend | | | Sold | 01/21/15 | J | | |
| 247. - Microsoft Corporation | A | Dividend | J | T | | | | | |
| 248. - Micron Technology Inc. | A | Dividend | | | Sold | 06/26/15 | J | | |
| 249. - Morgan Stanley Com New | A | Dividend | J | T | | | | | |
| 250. - Nike Incorporated | A | Dividend | J | T | Buy | 08/17/15 | J | | |
| 251. - Pepsico Incorporated | A | Dividend | J | T | Buy | 12/10/15 | J | | |
| 252. - Pfizer Incorporated | A | Dividend | J | T | Buy | 07/08/15 | J | | |
| 253. - Ralph Lauren Corporation | A | Dividend | | | Sold | 01/26/15 | J | | |
| 254. - Raytheon Company | A | Dividend | J | T | Buy | 09/28/15 | J | | |
| 255. - Reynolds American Inc. | A | Dividend | J | T | Buy | 12/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Salesforce Com Incorporated | A | Dividend | J | T | Buy | 08/31/15 | J | | |
| 257. - Schlumberger Limited | A | Dividend | J | T | | | | | |
| 258. - Schwab Charles Corporation New | A | Dividend | J | T | | | | | |
| 259. - Starbucks Corporation | A | Dividend | J | T | Buy | 08/07/15 | J | | |
| 260. - TJX Companies Inc. | A | Dividend | | | Sold | 11/16/15 | J | | |
| 261. - T Mobile US Incorporated | A | Dividend | J | T | | | | | |
| 262. - Teva Pharmaceutical Industries Limited | A | Dividend | | | Sold | 10/13/15 | J | | |
| 263. - Thermo Fisher Scientific Inc. | A | Dividend | | | Sold | 04/27/15 | J | | |
| 264. - Time Warner Incorporated | A | Dividend | | | Sold | 09/24/15 | J | | |
| 265. - Twenty First Centy Fox Incorporated | A | Dividend | | | Sold | 08/18/15 | J | | |
| 266. - Union Pac Corporation | A | Dividend | | | Sold | 06/26/15 | J | | |
| 267. - United Parcel Service Inc. | A | Dividend | J | T | Buy | 08/11/15 | J | | |
| 268. - United Technologies Corporation | A | Dividend | | | Sold | 09/23/15 | J | | |
| 269. - United Health Group Inc. | A | Dividend | J | T | | | | | |
| 270. - Visa Incorporated | A | Dividend | J | T | Buy | 08/26/15 | J | | |
| 271. - TE Connectivity Limited Reg Shs | A | Dividend | | | Sold | 07/22/15 | J | | |
| 272. - American Tower Corporation New Reit | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Virginia 529 Plan, College Savings Plan, Moderate (H) Growth | | | | | | | | | |
| 274. - AMCAP Fund - 529C | A | Dividend | J | T | | | | | |
| 275. - Capital World Growth & Income - 529C | A | Dividend | J | T | | | | | |
| 276. - The Growth Fund of America - 529C | A | Dividend | J | T | | | | | |
| 277. - The Investment Company of America - 529C | A | Dividend | J | T | | | | | |
| 278. Hartford Life Insurance Cash Value Acct. #1 (H) | | | | | | | | | |
| 279. - American Funds Income Fund | A | Dividend | J | T | Buy | 11/19/15 | J | | |
| 280. - American Funds International | A | Dividend | | | Sold | 11/19/15 | J | | |
| 281. - American Funds Global Growth | A | Dividend | | | Sold | 11/19/15 | J | | |
| 282. - American Funds New World | A | Dividend | | | Sold | 11/19/15 | J | | |
| 283. - HLS Dividend & Growth | A | Dividend | | | Sold | 11/19/15 | J | | |
| 284. - American Funds Growth | A | Dividend | J | T | | | | | |
| 285. - American Funds Asset Allocation | A | Dividend | | | Sold | 11/19/15 | J | | |
| 286. - HLS Int'l. Opps | A | Dividend | | | Sold | 11/19/15 | J | | |
| 287. - HLS Int. Small Co | A | Dividend | | | Sold | 11/19/15 | J | | |
| 288. - American Funds Small Cap | A | Dividend | | | Sold | 11/19/15 | J | | |
| 289. - Franklin Templeton Mutual Shares Sec | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. PNC Bank Checking & Savings Accounts (H) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Gershwin A. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544